# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-06-00251-CR

**Candace Nichole Terrell, Appellant**

**v.**

**The State of Texas, Appellee**

### FROM THE DISTRICT COURT OF BELL COUNTY, 264TH JUDICIAL DISTRICT
### NO. 57504, HONORABLE MARTHA J. TRUDO, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Candace Nichole Terrell seeks to appeal from a judgment of conviction for misapplication of fiduciary funds. The trial court has certified that this is a plea bargain case and Terrell has no right of appeal. The appeal is dismissed. Tex. R. App. P. 25.2(d).

_____

Bob Pemberton, Justice

Before Chief Justice Law, Justices Patterson and Pemberton

Dismissed for Want of Jurisdiction

Filed: May 11, 2006

Do Not Publish